No. 04–900. BP West Coast Products LLC et al. v. Federal Energy Regulatory Commission et al.; and

No. 04–903. SFPP, L. P. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions.